1   BENJAMIN B. WAGNER
    United States Attorney
2   HEATHER MARDEL JONES
    Assistant United States Attorney
3   United States Courthouse
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone: (559) 497-4000
5   Facsimile: (559) 497-4099

6   Attorneys for the United States

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    1:11-CV-01104-LJO-DLB
                                   )
12                 Plaintiff,      )    **APPLICATION AND ORDER FOR**
                                   )    **PUBLICATION**
13        v.                       )
                                   )
14                                 )
    APPROXIMATELY $39,600.00 IN    )
15  U.S. CURRENCY,                 )
                                   )
16                 Defendant.      )
                                   )
17

18       The United States of America, Plaintiff herein, applies for an order of

19  publication as follows:

20       1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

21  and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

22  Plaintiff shall cause public notice of the action to be given in a newspaper of general

23  circulation or on the official internet government forfeiture site;

24       2.    Local Rule 171, Eastern District of California, provides that the Court

25  shall designate by order the appropriate newspaper or other vehicle for publication;

26       3.    The defendant approximately $39,600.00 in U.S. Currency (hereafter

27  "defendant currency") was seized at 1127 Elite Court in Bakersfield, California, and

28  is in the custody of the U.S. Marshals Service, Eastern District of California.  The

                              1

Drug Enforcement Administration  published notice of the non-judicial forfeiture of the defendant currency on January 31, February 7, and 14, 2011, in the *Wall Street Journal*.

      4.     Plaintiff proposes that publication be made as follows:

      a.     One publication;

      b.     Thirty (30) consecutive days;

      c.     On the official internet government forfeiture site www.forfeiture.gov;

      d.     The publication is to include the following:

      (1)     The Court and case number of the action;

      (2)     The date of the seizure/posting;

      (3)     The identity and/or description of the property seized/posted;

      (4)     The name and address of the attorney for the Plaintiff;

      (5)     A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

      (6)     A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed and served within 21 days after the filing of the claims and, in the absence

///
///
///
///
///
///
///

2

thereof, default may be entered and condemnation ordered.

Dated: July 6 , 2011                          BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Heather Mardel Jones
                                             HEATHER MARDEL JONES
                                             Assistant United States Attorney


                          **ORDER**

IT IS SO ORDERED.

   **Dated:   July 7, 2011          /s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

Application and Order For Publication