BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01104-LJO-DLB |
| Plaintiff, | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. | |
| APPROXIMATELY $39,600.00 IN U.S. CURRENCY, | |
| Defendant. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on July 5, 2011, in the United States District Court for the Eastern District of California, alleging that the defendant approximately $39,600.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Shawn W. Riley, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In*

1  *Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or
2  Maritime Claims and Asset Forfeiture Actions;
3      IT IS HEREBY ORDERED that the Clerk for the United States District
4  Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In*
5  *Rem* for the defendant currency.

7  Dated: 7/21/11

    GARY S. AUSTIN
    United States Magistrate Judge