IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:11cv01104 LJO DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATIONS |
| | ) | |
| vs. | ) | (Document 17) |
| | ) | |
| APPROXIMATELY $39,600.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States of America ("Plaintiff") filed the instant action on July 5, 2011.

On April 16, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's application for default judgment be GRANTED and that a final judgment of forfeiture be ENTERED. The Findings and Recommendations were served the parties and contained notice that any objections were to be filed within fourteen (14) days. More than fourteen (14) days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 17, 2012, are ADOPTED IN FULL;
2. Plaintiff's application for default judgment against the interests of Stephan Leon and Talia Zarate in the Defendant Currency is GRANTED;
3. Final forfeiture judgment vesting in Plaintiff all right, title and interest in the Defendant Currency is ENTERED; and
4. Plaintiff, within ten (10) days of service of an Order Adopting the Findings and Recommendations, is ORDERED to submit a proposed default and final forfeiture judgment consistent with the Findings and Recommendations and Order Adopting.

IT IS SO ORDERED.

**Dated:   May 10, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE